**Order issued November 27, 2013**



**In The**

# Court of Appeals

**For The**

# First District of Texas

_____

## NO. 01-13-01021-CV

_____

## IN RE BRUCE CARTER, Relator

---

### Original Proceeding on Petition for Writ of Habeas Corpus

---

### ORDER

Relator has filed a petition for writ of habeas corpus and requested temporary relief.*

The Court is of the opinion that relator's petition requires further consideration. *See* TEX. R. APP. P. 52.8(b). Accordingly, the Court grants the relator's request for temporary relief. The Sheriff of Harris County is hereby

---

\*    The underlying lawsuit is *In the interest of M.A.R.C.*, No. 2008-71167 (311th Dist. Ct., Harris County, Tex.).

ordered to discharge relator from custody and release relator from the duty to report to the Harris County jail as directed in the trial court's contempt order on relator executing and filing with the Sheriff of Harris County a good and sufficient bond, conditioned as required by law, in the amount of $500.00. *See* TEX. R. APP. P. 52.8(b)(3). This order will remain in effect until the case in this Court is finally decided or until further order from this Court.

It is further ordered that the real party in interest shall have until December 18, 2013 to file a response brief, if any, and any relevant portions of the record. *See* TEX. R. APP. P. 52.4, 52.7(b), 52.8(b)(1).


Judge's signature:     /s/ Sherry Radack

Date:                          November 27, 2013